UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WINSOME O'CONNOR,

                              Plaintiff,

    -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                            Defendant.

------------------------------------- x

ORDER

20 Civ. 6477 (GBD) (KHP)

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JAN 19 2021]*

GEORGE B. DANIELS, United States District Judge:

    The January 20, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Katharine H. Parker for General Pretrial Supervision, settlement, and dispositive motions.

Dated: New York, New York
         January 19, 2021

                                            SO ORDERED.

                                            *[Signature]*
                                            GEORGE B. DANIELS
                                            United States District Judge