USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WINSOME O'CONNER,

                              Plaintiff,

       -against-

THE STOP & SHOP SUPERMARKER
COMPANY LLC,

                             Defendant.

-----------------------------------------------------------------X

SILVIA SAMBULA,

                             Plaintiff,

       -against-

THE STOP & SHOP SUPERMARKET COMPANY

                             Defendant,
-----------------------------------------------------------------X

NICOLE GONZALEZ,

                             Plaintiff,

       -against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                             Defendant,

-----------------------------------------------------------------X

**<u>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE</u>**

**20-CV-6477 (GBD) (KHP)**

**20-CV-7794-(ALC) (KHP)**

**21-CV-952-(ER) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Case Management conference in this these matters is hereby scheduled for **Wednesday, June 2, 2021 at 11:00 a.m.**  The parties are directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

**The Clerk of Court is directed to Terminate the Following Motions:**

**20-CV-7794-(ALC) (KHP)  ECF #17**

**20-CV-0952-(ER) (KHP) ECF #8**

**SO ORDERED.**

DATED:     New York, New York
           April 14, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge